**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ZDENKA WILCOX** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00147-O** |
| | § | |
| **CITY OF SOUTHLAKE, TEXAS, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On March 30, 2026, Plaintiff filed a first Amended Complaint. *See* Am. Compl., ECF No.

8. In light of Amended Complaint, the Court **DENIES as moot** Defendant City of Southlake,

Texas's Motion to Dismiss (ECF No. 6), filed March 13, 2026.[1]

**SO ORDERED** on this **31st day** of **March, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Should Defendant's responsive pleadings include a new 12(b)(6) motion on similar grounds addressing the allegations in Plaintiff's Amended Complaint, the parties should be prepared to brief the issues expeditiously with the benefit of already having briefed Defendant's first Motions to Dismiss.