### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| ZDENKA WILCOX | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  4:26-CV-00147-O |
| | § | |
| CITY OF SOUTHLAKE, TEXAS, ET AL., | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion for Extension of Time to File Second Amended Complaint (ECF No. 24), filed on August 10, 2026. Having considered the Motion, the Court finds good cause for a limited extension to Plaintiff's deadline to file her second amended complaint. Accordingly, the Court **GRANTS** the Motion in part and **DENIES** it in part. **IT IS ORDERED** that Plaintiff's deadline to file a second amended complaint is extended by 21 days.

**SO ORDERED** on this **11th day** of **April, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**