**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ZDENKA WILCOX** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-CV-00147-O** |
| | § | |
| **CITY OF SOUTHLAKE, TEXAS, ET AL.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court is Defendant City of Southlake's First Amended Motion for Protective Order and to Stay Discovery (ECF No. 29), filed on September 8, 2026. Having considered the Motion, the Court finds good cause and hereby **GRANTS** the Motion. It is therefore **ORDERED** that all deadlines are **STAYED** for all parties pending resolution of Defendant City of Southlake's Second Motion to Dismiss (ECF No. 28).

**SO ORDERED** on this **8th day** of **September, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE